IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JIMMY KIRBY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:11-CV-555 |
| | § | |
| LONE STAR REEL CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

On this date came on to be considered the above-entitled and numbered cause. The parties previously stipulated to the Court that all matters in controversy have been fully and finally resolved and settled. The parties jointly stipulated that the above-entitled and numbered cause be dismissed with prejudice and with court costs taxed to the party incurring same.

The Court hereby finds that all matters in controversy between Plaintiff and Defendant have been fully and finally resolved and settled, and that all of the claims asserted and, all claims which could have been asserted, in the above-entitled and numbered action should be dismissed with prejudice and with court costs taxed to the party incurring same.

It is, THEREFORE, ORDERED, ADJUDGED AND DECREED that all claims between Plaintiff and Defendant in the above-entitled and numbered cause be, and hereby are, dismissed with prejudice and with court costs taxed to the party incurring same.

SO ORDERED.

**SIGNED this 3rd day of February, 2012.**

_____
DON D. BUSH